683 A.2d 783

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Lawrence L. BELL and Richard D. Paugh, Respondents.

Misc. (Subtitle BV), No. 37, Sept. Term, 1996.

Court of Appeals of Maryland.

Oct. 11, 1996.

## ORDER

Upon consideration of the Joint Petition for Public Reprimands by Consent filed by the Attorney Grievance Commission of Maryland and the Respondents, Lawrence L. Bell and Richard D. Paugh, it is this 11th day of October, 1996,

**ORDERED** by the Court of Appeals of Maryland that Lawrence L. Bell and Richard D. Paugh are hereby reprimanded for misconduct as set forth in the Joint Petition; and it is further

**ORDERED** that the Respondents shall pay costs in the amount of $1,637.00, for which sum judgment is entered in favor of the Petitioner against the Respondents jointly and severally.